Date __4/25/14__

FILED-CLERK
U.S. DISTRICT COURT
2014 APR 25 AM 10:12
TX EASTERN-MARSHALL
BY_____

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

INSTRUCTIONS: Complete all questions in this affidavit and then sign it. Do not leave any blanks. If the answer to a question is "0", "none", or "not applicable (NA)", write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

1. Are you presently employed? YES _____ NO __at times on and off__

   (a) If the answer is "YES", state the amount of your gross salary or wages per month and give the name and address of your employer.

   $_____ per month __guessing average - $30-40 per month__

   Employer __BJC - I only see 1 or 2 cases every couple of month or so. Sometimes I have no clients__

   (b) If the answer is "NO", state the date of last employment and the amount of the gross salary and wages per month which you received.

   $_____ per month

   Employer __I have a medical condition called Arachnoiditis that is permanant + known to go to paralysis__

2. Is your spouse presently employed? YES _____ NO _____ __Unknown - Separated. He moved out over 1 yr ago. He only pays for car insurance phone + possibly some life insurance__

   If the answer is "YES", state the gross amount of his/her salary or wages per month and give the name and address of his/her employer.

   $_____ per month

   Employer __MAC Builders__

2

3. Have you or your spouse received within the past twelve (12) months any money from any of the following sources: Unknown - Separated - he moved out over 1 yr ago

    (a) Business, profession, or form of self-employment? YES _X_ NO ____   See pg 2

    (b) Rent payment, interest or dividends? YES _X_ NO ____   Spouses income Unknown

    (c) Pensions, annuities, or life insurance payment? YES ____ NO _X_

    (d) Gifts or inheritances? YES ____ NO _X_

    (e) Any other sources? YES ____ NO _X_

    If the answer to any of the above questions is "YES", describe each source of money and state the amount received from each during the last twelve (12) months and by whom.

    I get any where here from #900 - #1985/mo

4. How much cash do you and ~~your spouse~~ have? $ I have #360

5. List any money you or your spouse have in bank accounts or in any other financial institution and the name of the financial institution.

    I have #15⁰⁰

6. List the assets and the values which you or your spouse own. Do not list clothing and ordinary household furnishings.

    Home Address  7114 Schafer St  Dallas Tx    in lawsuit w/ Bank of America
    Value of Home  House has been in pre foreclosure
    Motor Vehicle #1 Make, Year, Model  2000 Camry 250,000 miles
    Value of Motor Vehicle #1  ~~2000 Dodge Ram Van~~

3

Motor Vehicle #2 Make, Year, Model __2000 Dodge Ram Van — recently in accident__

Value of Motor Vehicle #2 _____

7. Do you or your spouse own any other real estate, stocks, bonds, notes, automobiles, or other valuable property not listed above (excluding ordinary household furnishings and clothing)?
YES __X__ NO _____  __2 shares possibly of a stock —__

If the answer is "YES", describe the property and state its approximate value.
__estimate value__

8. List the persons who are dependent upon you or your spouse for support, state your relationship to those persons, and indicate how much you contribute toward their support.
__Jonathan — son dependant living with father__

9. Do you expect any major changes to your spouse's monthly income or expenses or in your or your spouse's assets or liabilities during the next 12 months?
YES _____ NO _____

If yes, describe below or on an attached sheet.
__House may be taken in foreclosure soon__
__Case In appeal currently against Bank of America__
__Petition has been filed after ruling NOA not timely__

10. Estimate the average monthly expenses of you and your family. If different, list separately the amounts paid by your spouse.

Rent or home-mortgage payment __Unable to make payment__

Utilities (electricity, heating fuel, water, sewer, and phone) __approx $804/mo__

Home maintenance (repairs and upkeep) __$150/mo__

Food __$180/mo__

```
  125
   95 9
  309
   200
    75
     04
```

4

Clothing _$47/mo._

Laundry and dry-cleaning _$10/mo_

Medical and dental expenses _needing $2,000 dental procedure - don't have $_

Transportation (not including motor vehicle payments) _approx $100/mo gas(+)_

Recreation, entertainment, newspapers, magazines, etc. _$25/mo_

Insurance (not deducted from wages or include in mortgage payments)

    Homeowner's or renter's insurance _____

    Life insurance _had to drop at least some life insurance - can't pay_

    Health insurance _none_

    Motor vehicle insurance _Husband pays - unknown_

    Other insurance _____

Taxes (not deducted from wages or included in mortgage payments) _unknown_

Installment payments

    Motor vehicle _none_

    Credit card _owe over $18,000 in credit cards_

    Department store credit card _none — and over $35,600 money borrowed to_

    Other installment payments _pay off credit cards in last several years_

Alimony, maintenance and support paid to others _pay_

Regular expenses for operation of business, profession, or farm (attach a detailed

statement) _pay $900 to 1450/mo. for past usage of outbuilding for storage + animal use in past for my business_

Other expenses _____

5

11. Provide any other information that will help explain why you cannot pay the filing fees for your case. I have ARACHNOIDITIS- a permanent chronic pain syndrome from a botched surgery at the spinal area & have an abdominal mesh in my abdomen from a problem C-Section.

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the filing fees of my case. I believe that I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.
(28 U.S.C. 1746, 18 U.S.C. 1621)

*Joy Charboneau*
Signature of Applicant

6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

_J.J. Charboneau, et al_
(Plaintiff)

vs  Case No. _____

_Misty Brown, et al_
(Defendant)

MOTION TO PROCEED IN FORMA PAUPERIS

I, plaintiff, _J.J. Charboneau_,

respectfully moves this Honorable Court for leave to proceed in this matter without payment of fees, costs, or security.

Attached hereto is an affidavit in support of my motion to proceed in forma pauperis.

Respectfully submitted,

Plaintiff _Janine Charboneau_
Address _7114 Schafer St_
_Dallas Texas_

Phone _214-538-1436_