UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| J.J. CHARBONEAU, Individually and as next friend of JMM and MMM | § § § |
| vs. | §  CASE NO. 4:14-CV-385 § |
| DANNY DAVIS, MISTY BROWN, et. al. | § § |

## ORDER GRANTING DEFENDANTS' DAVIS, BROWN, KIRK, DRIVER AND WARE'S MOTION TO CONSOLIDATE WITH PENDING CASE IN THE SHERMAN DIVISION

The Court, having considered the Defendants Davis, Brown, Kirk, Driver, and Ware's MOTION FOR CONSOLIDATION INTO PREVIOUSLY FILED ACTION, is of the opinion that such Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, upon the prerogative and permission of said Court, this case be **CONSOLIDATED** into Cause No. 4:13-cv-678, now pending yet currently stayed in the Eastern District of Texas, Sherman Division. The Clerk of the Court is directed to docket all future filings in the above-listed matters under Cause No. 4:13cv678.

**SIGNED this 17th day of July, 2014.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE